ELIZABETH L. GADE (SBN: 161495)
STEPHEN A. VALIZAN (SBN: 260861)
LAW OFFICE OF ELIZABETH GADE, INC.
1900 Point West Way, Suite 208
Sacramento, CA 95815
Telephone: (916) 648-8600
Facsimile: (916) 648-8601

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE HAGLER LOTT,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>　　　　Defendant, | **2:17-CV-00986-KJN**<br><br>**STIPULATION AND PROPOSED ORDER FOR A FIRST EXTENSION FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that plaintiff shall have a first extension of time of 30 days to file her motion for summary judgment. The current due date for plaintiff's motion is September 25, 2017. Following this extension, plaintiff's motion and memorandum in support thereof will now be due on October 25, 2017.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: September 15, 2017　　　　*/s/ Elizabeth L. Gade*
　　　　　　　　　　　　　　　　　　　ELIZABETH L. Gade
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

---

STIPULATION AND PROPOSED ORDER FOR A FIRST EXTENSION FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT

Dated: September 15, 2017         PHILLIP A. TALBERT
                                  United States Attorney

                                  By: */s/ Jeffery Chen*
                                  JEFFERY CHEN
                                  (*as authorized via e-mail on September 15, 2017)
                                  Assistant United States Attorney
                                  Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: September 19, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE