1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone: (415) 977-8985
7       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LORRAINE HAGLER LOTT, | Civil No. 2:17-cv-00986-KJN |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 14 days to file her motion for summary judgment. Defendant respectfully requests this additional time because of a very heavy workload, and because of preplanned leave from the office around the Thanksgiving holiday.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's MSJ will be Friday, December 8, 2017.

Respectfully submitted,

Date: _November 22, 2017_  LAW OFFICE OF ELIZABETH GADE, INC.

By:  /s/ Stephen Anthony Valizan*
STEPHEN ANTHONY VALIZAN
* By email authorization on Nov. 22, 2017
Attorney for Plaintiff

Date: _November 22, 2017_  PHILLIP A. TALBERT
United States Attorney

By:  /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated: November 27, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE